UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER MATTICE,

        Petitioner,

v.

MELISSA ANDREWJESKI,

        Respondent.

CASE NO. 3:22-cv-05782-JHC-JRC

ORDER GRANTING SECOND EXTENSION OF TIME TO FILE ANSWER

This matter is before the Court on respondent's second unopposed motion for an extension of time in which to file an answer to the petition. Dkt. 12. Because the motion is unopposed and based on respondent's attorney's declaration in support thereof, the Court finds good cause to grant the request. The answer is due March 31, 2023.

Dated this 10th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING SECOND EXTENSION OF TIME
TO FILE ANSWER - 1