UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER L MATTICE,<br><br>      Petitioner,<br><br> v.<br><br>MELISSA ANDREWJESKI,<br><br>      Respondent. | CASE NO. 3:22-cv-05782-JHC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, and the remaining record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation.

  (2) Petitioner's federal habeas Petition is dismissed with prejudice.

  (3) A certificate of appealability is denied in this case.

  (4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

  **DATED** this 16th day of June, 2023.

                           _John H. Chun_
                           John H. Chun
                           United States District Judge